IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 APR 21  PM 4:41

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN A. DUELING,<br><br>Defendant. | 8:26CR57<br><br>INDICTMENT<br>18 U.S.C. § 2251(a) & (e)<br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

## COUNT I

Between on or about December 1, 2023, and on or about November 10, 2025, in the District of Nebraska and elsewhere, defendant JUSTIN A. DUELING, did, and attempted to, employ, use, persuade, induce, entice, and coerce VICTIM 1, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT II

Between on or about November 8, 2024, and on or about November 10, 2025, in the District of Nebraska and elsewhere, defendant JUSTIN A. DUELING, did knowingly receive and distribute and attempt to receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved

1

the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT III

Between on or about November 8, 2024, and on or about March 17, 2026, in the District of Nebraska, the defendant, JUSTIN A. DUELING, did knowingly possess one or more computer file and other matter which contained an image of child pornography, including image of children under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO, #25218
Assistant U.S. Attorney

2